IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUDY DILLEY,

    Plaintiff,

v.

HOLIDAY ACRES PROPERTIES, INC.
and STEVE KRIER,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-91-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants Steve Krier and Holiday Acres Properties, Inc. and dismissing this case with prejudice.

/s/                                                                 7/6/2017

Peter Oppeneer, Clerk of Court                  Date