UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN
No. 16-cv-91

| | |
|---|---|
| JUDY DILLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **NOTICE OF APPEAL** |
| | ) |
| HOLIDAY ACRES PROPERTIES, | ) |
| INC, and STEVE KRIER, d/b/a | ) |
| HOLIDAY ACRES STABLES | ) |
| | ) |
| Defendants. | ) |

Notice is hereby given that Plaintiff Judy Dilley hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order granting Holiday Acres Stables summary judgment on May 31, 2017 (as well as excluding the testimony of Plaintiff's liability expert and treating doctors)(ECF 103), from an order granting Steve Krier summary judgment on July 6, 2017, and a final judgment entered in this action on the 6th day of July 2017. (ECF 122)

ARMBRUSTER, DRIPPS,
WINTERSCHEIDT & BLOTEVOGEL, LLC


By:  */s/ Courtney C. Stirrat*
Roy C. Dripps #6182013
Courtney C. Stirrat #6305084
Michael T. Blotevogel #6282543
51 Executive Plaza Court
Maryville, IL  62062
618/208-0320
F:  800/927-1529
royd@adwblaw.com
courtneys@adwblaw.com
michaelb@adwblaw.com

***ATTORNEYS FOR PLAINTIFF JUDY DILLEY***

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JUDY DILLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOLIDAY ACRES STABLES, )<br>HOLIDAY ACRES PROPERTIES, )<br>INC, and STEVE KRIER, )<br>)<br>Defendants. ) | No.  16-cv-91 - SLC |

PROOF OF SERVICE

    I hereby certify that on July 21, 2017, this notice of appeal was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties entered in the case; and

by Certified U.S. Mail to defendant Steve Krier, pro se to:  4 Collins Lane, Roberts, Montana 59070-9667 who is not available by ECF

and by

ECF to Tim Barber, Paul D. Curtis and Danielle E. Bauduin of Axley Brynelson, LLP, 2 E. Mifflin St., Suite 200, Madison, WI  53701 608/257-5661 F: 608/2570-5444.

    Respectfully submitted,

    */s/ Courtney C. Stirrat*
    ARMBRUSTER, DRIPPS,
    WINTERSCHEIDT & BLOTEVOGEL
    ***ATTORNEYS FOR PLAINTIFF***