UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN
No. 16-cv-91

| JUDY DILLEY, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| HOLIDAY ACRES PROPERTIES, | ) | |
| INC., and STEVE KRIER, d/b/a | ) | |
| HOLIDAY ACRES STABLES, | ) | |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that plaintiff, Judy Dilley, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order granting Taxation of Bill of Costs (ECF 140) entered September 6, 2017.

    ARMBRUSTER, DRIPPS,
    WINTERSCHEIDT & BLOTEVOGEL, LLC

By: */s/ Courtney C. Stirrat*
    Roy C. Dripps #6182013
    Courtney C. Stirrat #6305084
    Michael T. Blotevogel #6282543 51
    Executive Plaza Court
    Maryville, IL 62062
    618/208-0320
    F: 800/927-1529
    royd@adwblaw.com
    courtneys@adwblaw.com
    michaelb@adwblaw.com
    ***ATTORNEYS FOR PLAINTIFF JUDY DILLEY***

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JUDY DILLEY, | ) |
|     Plaintiff, | ) |
| v. | ) No. 16-cv-91 - SLC |
| HOLIDAY ACRES STABLES, HOLIDAY ACRES PROPERTIES, INC, and STEVE KRIER, | ) |
|     Defendants. | ) |

## PROOF OF SERVICE

I hereby certify that on September 22, 2017, plaintiff's Notice of Appeal was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties entered in the case; and

by Certified U.S. Mail to defendant Steve Krier, pro se to: 3239 N. lake George Rd., Rhinelander, WI 54501 who is not available by ECF
and by
ECF to Tim Barber, Paul D. Curtis and Danielle E. Bauduin of Axley Brynelson, LLP,
2 E. Mifflin St., Suite 200, Madison, WI 53701 608/257-5661 F: 608/2570-5444.

        Respectfully submitted,

        */s/ Courtney C. Stirrat*
        ARMBRUSTER, DRIPPS,
        WINTERSCHEIDT & BLOTEVOGEL
        ***ATTORNEYS FOR PLAINTIFF***